# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

LOUIS VUITTON MALLETIER, S.A.

    Plaintiff(s)

vs.

JOSEPH MOSSERI, ET AL

    Defendant(s)

Civil Action No. 07-2620 (GEB)

ORDER OF DISMISSAL

It has been reported to the Court that the above-captioned matter has been settled, as to Esther Shasho only, therefore,

It is on this the 22nd day of February, 2010,

**ORDERED** that this action is hereby dismissed, as to Esther Shasho, without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

    S/Garrett E. Brown, Jr.

    GARRETT E. BROWN, JR., Chief Judge

    United States District Court